IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JORDINN BALLARD,

        Plaintiff,

        v.

PERFORMANCE HEALTH
TECHNOLOGY, LTD.,

        Defendant.

Civ. No. 6:23-cv-01173-AA

JUDGMENT

Pursuant to the Notice of Voluntary Dismissal, this action is DISMISSED without prejudice. Each side shall bear its own fees and costs.

DATED: 10/6/2023

Melissa Aubin, Clerk

By    /s/ C. Kramer
       Deputy Clerk

1 –JUDGMENT